UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE J. DAVIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>HEIDI M. LACKNER,<br><br>　　　　　Respondent. | No.  2:13-cv-1914 AC P<br><br><br>ORDER |

On March 12, 2014 petitioner filed a request for status indicating that he has not received any response from the respondent to his federal habeas corpus petition as the court had previously ordered. ECF No. 17. A review of this court's docket indicates that respondent filed a motion to dismiss petitioner's federal habeas corpus petition on February 4, 2014. ECF No. 11. In light of petitioner's notice of change of address which was filed with the court on February 3, 2014, ECF No. 13, the court will construe petitioner's request for status as a request for an extension of time to file an opposition to the motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for status (ECF No. 17), construed as a request for a an extension of time, is granted;

2. Petitioner shall file an opposition or a statement of non-opposition to the motion to dismiss within thirty days from the date of this order; and,

1

3. As a one-time courtesy, the Clerk of the Court is directed to send a copy of respondent's February 4, 2014 motion to dismiss to plaintiff.

DATED: March 18, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE