UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE J. DAVIS,<br><br>    Petitioner,<br><br>  v.<br><br>HEIDI M. LACKNER,<br><br>    Respondent. | No.  2:13-cv-01914-AC-P<br><br><br><br>ORDER |

    Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus.  On February 4, 2014, respondent filed a motion to dismiss the petition on the ground that it was filed beyond the one year statute of limitations.  ECF No. 11.  Petitioner has opposed the motion, alleging that his actual innocence entitles him to consideration on the merits of the claims raised in his habeas petition.  ECF No. 19.  In light of this allegation, respondent is hereby ordered to expand the record of these proceedings pursuant to Rule 7 of the Rules Governing Habeas Cases by filing a copy of the preliminary hearing transcript as well as a transcript of petitioner's plea colloquy.

    A review of this court's docket further indicates that on October 7, 2013, an Order Re Consent or Request for Reassignment was issued to respondent in this case together with the appropriate form.  ECF No. 5.  Respondent was required to complete and file the form within 30 days.  Id.  Although the 30-day period has now expired, respondent has not yet filed the required

form.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent shall show good cause in writing, within ten days after this order is filed, for failing to file a completed consent or request for reassignment form. Prompt filing of a completed form will be deemed full compliance with this order and will discharge the order to show cause;

2. Respondent shall expand the record of the present proceeding by filing a copy of the state court preliminary hearing transcript and a transcript of the petitioner's plea colloquy within thirty days of the date of this order;

3. Any reply to petitioner's opposition to the motion to dismiss shall be filed contemporaneously with the filing of the supplemental state court documents.

4. The motion to dismiss will be deemed submitted on the date of submission of the requested documents.

DATED: April 22, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE